■ STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Respondent, v JAMES TUCKER et al., Appellants, et al., Defendants.—Appeal by the defendants James Tucker and Sylvia Tucker from a judgment of the Supreme Court, Nassau County (Brucia, J.), dated November 13, 1990.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Brucia at the Supreme Court. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.